**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| NOVARTIS PHARMACEUTICALS CORPORATION, | ) ) ) |
| Plaintiff, | ) ) |
| v. | )   C.A. No. _____ ) |
| ALKEM LABORATORIES LTD., S&B PHARMA, INC., | ) ) ) |
| Defendants. | ) ) ) |

**SUPPLEMENTAL INFORMATION FOR PATENT CASES**
**INVOLVING AN ABBREVIATED NEW DRUG APPLICATION (ANDA)**

Plaintiff hereby provides the information below with respect to the deadlines set forth in

21 U.S.C. § 355(j):

Date Patentee(s) Received Notice:                  No Earlier than November 23, 2021

Date of Expiration of the Patents-In-Suit:        May 9, 2036

Regulatory Stay Deadline:                          No Earlier than July 7, 2023 (8 years
                                                   from date of NDA approval, per 21
                                                   U.S.C. § 355(j)(5)(F)(ii) and 21
                                                   U.S.C. § 355a(b)(1)(A)(i)(I),
                                                   pursuant to Novartis's filing against
                                                   the above-mentioned defendants of
                                                   earlier related litigation, as listed in
                                                   the civil cover sheet filed
                                                   contemporaneously herewith)

Dated:  January 7, 2022

MCCARTER & ENGLISH, LLP

By: /s/ *Daniel M. Silver*
    Daniel M. Silver (#4758)
    Alexandra M. Joyce (#6423)
    Renaissance Centre
    405 N. King Street, 8th Floor
    Wilmington, Delaware 19801
    (302) 984-6300
    *dsilver@mccarter.com*
    *ajoyce@mccarter.com*

OF COUNSEL:

Nicholas N. Kallas
Christina Schwarz
Christopher E. Loh
Susanne L. Flanders
Jared L. Stringham
Shannon K. Clark
Laura K. Fishwick
Gregory J. Manas
VENABLE LLP
1290 Avenue of the Americas
New York, New York 10104
(212) 218-2100
*nkallas@venable.com*
*cschwarz@venable.com*
*cloh@venable.com*
*slflanders@venable.com*
*jlstringham@venable.com*
*skclark@venable.com*
*lfishwick@venable.com*
*gjmanas@venable.com*

*Attorneys for Plaintiff Novartis*
*Pharmaceuticals Corporation*

2